UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-22147-CIV-LENARD/GOODMAN

STERLING NATIONAL MORTGAGE CO., INC.,

    Plaintiff,

v.

INFINITE TITLE SOLUTIONS, LLC,
et al.
    Defendants.
_____/

## *SECOND* SUPPLEMENTAL SCHEDULING ORDER RE: PENDING MOTIONS

THIS MATTER is before the Court, *sua sponte,* concerning the January 6, 2011 hearing on two motions to dismiss (DE## 57 & 95) and Plaintiff's Motion for Default Final Judgment (DE# 55).

In addition to the issues I asked the parties to be prepared to address, I would like the parties to also discuss at the January 6, 2011 hearing on the pending motions to dismiss the latest Eleventh Circuit case concerning RICO: *Halpin v.* Crist, No. 10-10339, 2010 WL 5078222 (11th Cir. Dec. 14, 2010).

**DONE and ORDERED** in Chambers, at Miami, Florida, this 20th day of December, 2010.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

The Honorable Joan A. Lenard
United States District Judge

All counsel of record